# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CARL WEST,** | ) | **CASE NO. 1:06 CV 1277** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **STUART HUDSON, Warden,** | ) | **Magistrate Judge Kenneth S. McHargh** |
| | ) | |
| **Respondent.** | ) | **ORDER** |

For the reasons stated in the attached Memorandum Opinion, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge McHargh (Document #17) in its entirety; Petitioner's Petition for Habeas Corpus is DENIED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

s/Donald C. Nugent<br>
DONALD C. NUGENT<br>
United States District Judge

DATED: October 15, 2007